```
1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```



FILED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION NUMBER 06A-53 | MISC. NO. 1:07MC00024 SMS<br><br>GOVERNMENT'S REQUEST FOR ORDER PERMITTING DISCLOSURE OF GRAND JURY INFORMATION TO STATE PROSECUTORS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(3)(C)(i) and (iv), AND ORDER THEREON. |

The United States, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and SHEILA K. OBERTO, Assistant U.S. Attorney, hereby requests that the court issue an order permitting the government to disclose grand jury information concerning the David Hawk case to state prosecutors in the case of People vs. David Hawk, Kings County Superior Court Case Number 07CM1925.

///

1

A federal grand jury investigation related to possible violation of mail and wire fraud laws was conducted prior to the filing of charges by the Kings County District Attorney's Office on June 15, 2007. Federal Prosecution was declined on June 6, 2007.

Federal Rule of Criminal Procedure 6(e)(3)(C)(i) provides that disclosure of grand jury information may be made when directed by the court preliminarily to or in connection with a judicial proceeding. This includes state criminal trials. See In re Grand Jury Proceedings, 654 F.2d 268, 271-72 (3d Cir. 1981); In re Grand Jury Proceedings, 483 F.Supp. 422, 423 (E.D. Pa. 1979). There is a particularized need in this case for disclosure to the state prosecution and defense attorneys, because the grand jury information may be needed by them during the course of prosecution of the David Hawk case. See United States v. Procter & Gamble, 356 U.S. 677, 683 (1958); Petrol Stops Northwest v. United States, 571 F.2d 1127, 1131 (9th Cir. 1978), rev'd on other grounds sub nom., Douglas Oil Co. v. Petrol Stops Northwest, 441 U.S. 211 (1979).

Federal Rule of Criminal Procedure 6(e)(3)(C)(iv) also permits the court, at the request of an attorney for the government, to order disclosure of grand jury information concerning a violation of state criminal law to state prosecutors. This provision would also apply here.

For the foregoing reasons, the government respectfully requests that the court issue an order permitting the government to disclose the grand jury information concerning the David Hawk

1  case to the state prosecutors.

3  DATED: June 19, 2007                    Respectfully Submitted,

4                                          McGREGOR W. SCOTT
                                           United States Attorney

6                                          By /s/ Sheila K. Oberto
                                           SHEILA K. OBERTO
7                                          Assistant U.S. Attorney

9  IT IS SO ORDERED.

11 DATED: June 19, 2007

                                           SANDRA M. SNYDER
12                                         United States Magistrate Judge