1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4028

FILED
JUN 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION NUMBER 06A-53 | MISC. NO. 1:07MC0024 SMS<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the Government's Request for Order Permitting Disclosure of Grand Jury Information to State Prosecutors ("Request") and Government's Amended Request for Order Permitting Disclosure of Grand Jury Information to State Prosecutors ("Amended Request") in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying

1

1  Declaration of Sheila K. Oberto, under seal, and good cause
2  appearing therefor,

3      IT IS HEREBY ORDERED that the Request and Amended Request
4  in the above-entitled proceeding, together with the Application
5  To Seal of the United States Attorney and the accompanying
6  Memorandum of Points and Authorities and Declaration of Sheila
7  K. Oberto, shall be filed with the Court in camera, under seal
8  and shall not be disclosed pending further order of this court.

10
11  DATED: 6/21/07
12                                    U.S. Magistrate Judge

2