**FILED**

AUG 0 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4028

5              SEALED

6

7         IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9

10  IN RE GRAND JURY INVESTIGATION )    MISC. NO. 1:07mc0024 SMS
11  NUMBER 06B-06                  )
                                   )    **UNDER SEAL**
12                                 )
                                   )    SEALING ORDER
13                                 )
                                   )
14                                 )
                                   )
15  _____)

16

17

18       The United States of America, having applied to this

19  Court, for an Order permitting it to file the Government's

20  Request for Order Permitting Disclosure of Grand Jury

21  Information to State Prosecutors ("Request") in the above-

22  entitled proceedings, together with its Application to Seal,

23  Memorandum of Points and Authorities and the accompanying

24  Declaration of Sheila K. Oberto, under seal, and good cause

25  appearing therefor,

                            1

1    IT IS HEREBY ORDERED that the Request in the above-
2  entitled proceeding, together with the Application To Seal of
3  the United States Attorney and the accompanying Memorandum of
4  Points and Authorities and Declaration of Sheila K. Oberto,
5  shall be filed with the Court in camera, under seal and shall
6  not be disclosed pending further order of this court.

7

8  DATED: _8/7/07_

9                                        _____
                                         SM SNYDER
10                                       U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2