```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ SHEILA K. OBERTO
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Building
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
```





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION ) <br> NUMBER 06B-06 ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MISC. NO. 1:07mc00245SMS <br><br> **UNDER SEAL** <br><br> GOVERNMENT'S REQUEST FOR ORDER PERMITTING DISCLOSURE OF GRAND JURY INFORMATION TO STATE PROSECUTORS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(3)(E)(i) and (iv), AND ORDER THEREON. |

    The United States, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and SHEILA K. OBERTO, Assistant U.S. Attorney, hereby requests that the court issue an order permitting the government to release all grand jury material and evidence in the above captioned case to state prosecutors and investigators in connection with the investigation being conducted by the Stanislaus County District Attorneys Office. The government

1 believes this material may disclose a violation of state law,
2 specifically, embezzlement and fraud.
3    A federal grand jury investigation related to possible
4 violations of mail and wire fraud laws has been conducted by the
5 United States Attorneys Office.  According to information
6 obtained to date, Eric Braun, Noah Yates, Darin Abell, Doug
7 Wallick, and Jeared Robinson have been participating in
8 fraudulently obtaining mortgages by, among other things, filing
9 fraudulent reconveyance notices indicating that the mortgages had
10 been paid off.  In fact, the mortgages had not been paid off.
11 Federal Prosecution has been deferred to the Stanislaus County
12 District Attorneys Office who will be proceeding with the
13 investigation.
14    Federal Rule of Criminal Procedure 6(e)(3)(E)(i) provides
15 that disclosure of grand jury information may be made when
16 directed by the court preliminarily to or in connection with a
17 judicial proceeding.  This includes state criminal trials.  See
18 In re Grand Jury Proceedings, 654 F.2d 268, 271-72 (3d Cir.
19 1981); In re Grand Jury Proceedings, 483 F.Supp. 422, 423 (E.D.
20 Pa. 1979).  There is a particularized need in this case for
21 disclosure to the state prosecution and investigators, because
22 the grand jury information may be needed by them during the
23 course of prosecution of the case involving Eric Braun et. al.
24 See United States v. Procter & Gamble, 356 U.S. 677, 683 (1958);
25 Petrol Stops Northwest v. United States, 571 F.2d 1127, 1131 (9th
26 Cir. 1978), rev'd on other grounds sub nom., Douglas Oil Co. v.
27 Petrol Stops Northwest, 441 U.S. 211 (1979).
28    Federal Rule of Criminal Procedure 6(e)(3)(C)(iv) also

1 permits the court, at the request of an attorney for the
2 government, to order disclosure of grand jury information
3 concerning a violation of state criminal law to state
4 prosecutors. This provision would also apply here.

5 For the foregoing reasons, the government respectfully
6 requests that the court issue an order permitting the government
7 to release all grand jury material and evidence in the above
8 captioned case for use in connection with the investigation being
9 conducted by the Stanislaus County District Attorneys Office in
10 relation to the potential offenses committed by Eric Braun, Noah
11 Yates, Darin Abell, Doug Wallick, and Jeared Robinson as set
12 forth above.

13 DATED: August 6, 2007                Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By /s/ Sheila K. Oberto
                                        SHEILA K. OBERTO
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 7, 2007

                                        /s/ SM SNYDER
                                        United States Magistrate Judge

3