```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  2500 Tulare Street
    4401 Federal Building
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
```



```
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  IN RE GRAND JURY              )  MISC. NO. 1:07-MC-00024 SMS
    INVESTIGATION NUMBER 06A-53   )
11                                )  MOTION TO UNSEAL
                                  )
12  _____
13
14      The government hereby requests that the previously filed
15  government's request permitting disclosure of grand jury information
16  to state prosecutors and order thereon be unsealed to permit
17  disclosure of that request and order to the parties in the Kings
18  County Superior Court Case of People v. David Hawk, and for
19  disclosure to the government for transmission to those parties.
20
21  Dated: August 6, 2009              Respectfully submitted,
22                                     LAWRENCE G. BROWN
                                       United State Attorney
23
24                              By:    _____
                                       KEVIN P. ROONEY
25                                     Assistant U.S. Attorney
26  It is so ORDERED.
27  Dated: 8/6/09                      _____
                                       Honorable Gary S. Austin
28                                     United States Magistrate Judge
```

1